# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| INDMEX, INC., )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>L3HARRIS TECHNOLOGIES, INC., )<br>)<br>*Defendant*. )<br>_____ ) | Civil Action No.: 1:20cv00727 (LO/IDD) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff INDMEX, Inc. and Defendant L3Harris Technologies, Inc., by and through their respective counsel, hereby stipulate and agree that the above-captioned action, as set forth in the operative First Amended Complaint (ECF No. 24) filed by Plaintiff, is voluntarily **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall be responsible for its own legal fees, expenses, and court costs.

It is **SO ORDERED**.

January __, 2021　　　　　　　　　　　　　　　　　_____
Alexandria, Virginia　　　　　　　　　　　　　　　Hon. Liam O'Grady
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

　　　　　　Respectfully submitted,

| | |
|---|---|
| */s/ J. Chapman Petersen* | */s/ Brandon H. Elledge* |
| J. Chapman Petersen (VSB #37225) | Brandon H. Elledge (VSB #45349) |
| CHAP PETERSEN & ASSOCIATES, PLC | HOLLAND & KNIGHT LLP |
| 3970 Chain Bridge Road | 1650 Tysons Boulevard, Suite 1700 |
| Fairfax, Virginia 22030 | Tysons, Virginia 22102 |
| Tele: 571.459.2510 | Tele: 703.720.8600 |
| Fax: 571.459.2307 | Fax: 703.720.8610 |
| jcp@petersenfirm.com | brandon.elledge@hklaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of January 2021, I electronically filed the foregoing document using the Court's CM/ECF system, and a copy of this filing will be sent electronically to the registered participants, as identified on the Notice of Electronic Filing.

*/s/ J. Chapman Petersen*
J. Chapman Petersen (VSB #37225)

*Counsel for Plaintiff*