IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| INDMEX, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 1:20cv00727 (LO/IDD) |
| | ) |
| L3HARRIS TECHNOLOGIES, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff INDMEX, Inc. and Defendant L3Harris Technologies, Inc., by and through their respective counsel, hereby stipulate and agree that the above-captioned action, as set forth in the operative First Amended Complaint (ECF No. 24) filed by Plaintiff, is voluntarily **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall be responsible for its own legal fees, expenses, and court costs.

It is **SO ORDERED**.

January 8, 2021
Alexandria, Virginia

_____
Hon. Liam O'Grady
United States District Judge

Respectfully submitted,

/s/ J. Chapman Petersen
J. Chapman Petersen (VSB #37225)
CHAP PETERSEN & ASSOCIATES, PLC
3970 Chain Bridge Road
Fairfax, Virginia 22030
Tele: 571.459.2510
Fax: 571.459.2307
jcp@petersenfirm.com

*Counsel for Plaintiff*

/s/ Brandon H. Elledge
Brandon H. Elledge (VSB #45349)
HOLLAND & KNIGHT LLP
1650 Tysons Boulevard, Suite 1700
Tysons, Virginia 22102
Tele: 703.720.8600
Fax: 703.720.8610
brandon.elledge@hklaw.com

*Counsel for Defendant*